## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES PERKINS | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| POLICE OFFICERS JOHN DOES 1 THROUGH 10 AND POLICE OFFICER EDWARD ROSEN, | : | No. 14-06942 |
| Defendants. | : | |

## **ORDER**

AND NOW, on **October 29, 2015**, upon consideration of Defendants' Motion for Summary Judgment (doc. 38) and Plaintiff James Perkins's Answer to Motion for Summary Judgment, it is ORDERED for the reasons stated in the accompanying Memorandum Opinion:

1. Summary judgment is GRANTED as to Counts II, IV, and VII of Plaintiff's Complaint.

2. Summary judgment is DENIED as to Counts I, V, and VI of Plaintiff's Complaint.

BY THE COURT:

 */s/ Timothy R. Rice*
TIMOTHY R. RICE
United States Magistrate Judge